FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

2019 JAN 10 P 3: 00

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:19-MJ-18 |
| v. ) | CLASS A MISDEMEANOR |
| ) | Court Date: January 17, 2019 |
| MICHELE D. TYNER ) | Pentagon Docket |
| ) | |
| ) | |

CRIMINAL INFORMATION
(Count 1 - CLASS A MISDEMEANOR- 7522803)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 1, 2019, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, MICHELE D. TYNER, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 844).

(Count 2 - CLASS B PETTY- 7522802)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about January 1, 2019, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, MICHELE D. TYNER, did knowingly and unlawfully fail to obey a lawfully erected traffic control device, to wit: the defendant failed to stop at a clearly posted stop sign at the intersection of Boundary Channel Drive and the North Route 27 Access Road.

(In violation of Title 32, Code of Federal Regulations, Section 234.17(a) adopting Title 46.2 VA Code, Section 830)

(Count 3- CLASS B PETTY- 7522804)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about January 1, 2019, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, MICHELE D. TYNER, did unlawfully operate a motor vehicle while under the influence of intoxicating liquor or drugs, to a degree that rendered her incapable of safe operation of a motor vehicle.

(In violation of Title 32, Code of Federal Regulations, Section 234.17(c)(1)(i).

(Count 4- CLASS B PETTY- 7522805)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about January 1, 2019, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, MICHELE D. TYNER, did unlawfully operate a motor vehicle while his alcohol concentration was .08 grams or more of alcohol per 210 liters of breath.

(In violation of Title 32, Code of Federal Regulations, Section 234.17(c)(1)(ii).

G. Zachary Terwilliger
United States Attorney

By: *[signature]*

Paul A. Embroski
Special Assistant U.S. Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-693-7374
paul.a.embroski.civ@mail.mil

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be mailed first class, postage prepaid, this 4th day of January, 2019, to the defendant's last known address of record.

Paul A. Embroski
Special Assistant US Attorney